JUDGE DANIELS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA          :

    - v. -                         :

MANUEL TERRERO-PEREZ,             :

              Defendant.      :

------------------------------------x

07 CRIM. 640

**INDICTMENT**

07 Cr.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 16 2007

COUNT ONE

The Grand Jury charges:

On or about December 12, 2006, in the Southern District of New York, MANUEL TERRERO-PEREZ, the defendant, and others known and unknown, unlawfully, willfully, and knowingly did commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and thereby did obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, TERRERO-PEREZ, the defendant, and others known and unknown, robbed at least one individual while brandishing a firearm at a multiservice store, located on West Tremont Avenue, Bronx, New York.

(Title 18, United States Code, Sections 1951 and 2.)

COUNT TWO

The Grand Jury further charges:

On or about December 12, 2006, in the Southern District of New York, MANUEL TERRERO-PEREZ, the defendant, unlawfully,

willfully, and knowingly, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, the offense charged in Count One of this Indictment, did use and carry a firearm, and, in furtherance of such crime, did possess a firearm, to wit, a handgun.

(Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.)

## COUNT THREE

The Grand Jury further charges:

On or about December 12, 2006, in the Southern District of New York, MANUEL TERRERO-PEREZ, the defendant, and others known and unknown, unlawfully, willfully, and knowingly did commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and thereby did obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, TERRERO-PEREZ, the defendant, and others known and unknown, robbed at least one individual while brandishing a firearm at a travel agency located at 1808 Grand Concourse, Bronx, New York.

(Title 18, United States Code, Sections 1951 and 2.)

## COUNT FOUR

The Grand Jury further charges:

On or about December 12, 2006, in the Southern District of New York, MANUEL TERRERO-PEREZ, the defendant, unlawfully,

willfully, and knowingly, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, the offense charged in Count Three of this Indictment, did use and carry a firearm, and, in furtherance of such crime, did possess a firearm, to wit, a handgun.

(Title 18, United States Code, Sections 924(c)(1)(C)(i) and 2.)

_____  
FOREPERSON

_____  
MICHAEL J. GARCIA  
United States Attorney

3

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

- v. -

**MANUEL TERRERO-PEREZ,**

Defendant.

---

**INDICTMENT**

07 Cr.

(18 U.S.C. §§ 2, 924(c), 1951)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

Foreperson.

---

Post 11-1-87
7/16/07
Filed 2nd.
Ellis J.