

United States Attorney
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 2 6 2007

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 24, 2007

**SO ORDERED**

*George B. Daniels* (signature)

HON. GEORGE B. DANIELS

JUL 2 6 2007

**By Facsimile**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 630
New York, New York 10007

    Re:  United States v. Manuel Terrero-Perez,
           07 Cr. 640 (GBD)

Dear Judge Daniels:

    This matter was assigned to Your Honor on July 16, 2007. Arraignment and an initial pre-trial conference has been scheduled before Your Honor on Thursday, July 26, 2007, at 10:00 a.m. Enclosed please find a copy of the indictment for Your Honor's files.

    The Government respectfully requests that the Court exclude time from today until July 26, 2007, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the Government to produce discovery and to discuss a possible disposition of this

Hon. George B. Daniels
July 24, 2007
Page 2

matter with defense counsel. Defense counsel consents to this request for the exclusion of time.

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney


                   By: _____
                              Todd Blanche
                              Assistant U.S. Attorney
                              (212) 637-2494
                              (212) 637-2937 (facsimile)

Enc.

cc w/encl.:    Robert Soloway, Esq.
               Attorney for Defendant
               (by facsimile)