

USDC SONY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 0 8 2007

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 7, 2007

**SO ORDERED**

*[signature]*

HON. GEORGE B. DANIELS
NOV 0 8 2007

BY FACSIMILE

The Honorable George B. Daniels
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 630
New York, New York 10007

Re:  United States v. Manuel Terrero-Perez
     07 Cr. 640 (GBD)

Dear Judge Daniels:

    A pre-trial conference in this case is scheduled for Thursday, November 8, 2007, at 9:45 a.m. The parties are involved in discussions about a possible disposition, but there will not be a disposition before the November 8, 2007 conference date. The parties jointly request that the conference scheduled for November 7, 2007, be adjourned. Your Honor's law clerk has provided the parties with a proposed date, December 6, 2007, at 9:45 a.m.

    If the Court grants this request, then the Government respectfully requests that the Court exclude time from November 8, 2007, until December 6, 2007, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the defendant time to review discovery, and have any appropriate discussions regarding a possible

Hon. George B. Daniels
November 7, 2007
Page 2

disposition of this case. Counsel for defendant consents to this request for the exclusion of time.

                         Respectfully submitted,

                         MICHAEL J. GARCIA
                         United States Attorney

           By: *[signature]*
                Todd Blanche
                Assistant U.S. Attorney
                (212) 637-2494
                (212) 637-2937 (facsimile)

cc: Robert A Soloway
    Rothman, Schneider, Soloway & Stern, LLP
    100 Lafayette Street, Suite 501
    New York, NY 10013
    (212) 571-5500
    Fax: (212) 571-5507
    (by facsimile)