

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **DEC 0 4 2007**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 3, 2007

**SO ORDERED**

The conference is rescheduled
to January 8, 2008 at 10:00 a.m.

*George B. Daniels*

HON. GEORGE B. DANIELS

**DEC 0 4 2007**

**BY FACSIMILE**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 630
New York, New York 10007

> Re:   <u>United States v. Manuel Terrero-Perez</u>
>       07 Cr. 640 (GBD)

Dear Judge Daniels:

A pre-trial conference in this case is scheduled for Thursday, December 6, 2007, at 9:45 a.m.  The parties are involved in discussions about a possible disposition, but there will not be a disposition before the December 6, 2007 conference date.  The parties jointly request that the conference scheduled for December 6, 2007, be adjourned.  Your Honor's law clerk has provided the parties with a proposed date, January 8, 2008, at 10:00 a.m.

If the Court grants this request, then the Government respectfully requests that the Court exclude time from December 6, 2007, until January 8, 2008, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A).  The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the defendant time to review discovery, and have any appropriate discussions regarding a possible

Hon. George B. Daniels
December 3, 2007
Page 2

disposition of this case.  Counsel for defendant consents to this
request for the exclusion of time.

                          Respectfully submitted,

                          MICHAEL J. GARCIA
                          United States Attorney

              By:    *Todd Blanche*

                          Todd Blanche
                          Assistant U.S. Attorney
                          (212) 637-2494
                          (212) 637-2390 (facsimile)

cc:  Robert A Soloway
     Rothman, Schneider, Soloway & Stern, LLP
     100 Lafayette Street, Suite 501
     New York, NY 10013
     (212) 571-5500
     Fax: (212) 571-5507
     (by facsimile)