**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

FILED
JAN 0 7 2008

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 7, 2008

**BY FACSIMILE**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 630
New York, New York 10007

**SO ORDERED**
The conference is rescheduled for
January 30, 2008 at 10:00 a.m.

JAN 0 7 2008 /s/ George B. Daniels
HON. GEORGE B. DANIELS

Re: United States v. Manuel Terrero-Perez
    07 Cr. 640 (GBD)

Dear Judge Daniels:

    A pre-trial conference in this case is scheduled for Tuesday, January 8, 2008, 10:00 a.m. The parties are involved in discussions about a possible disposition, but there will not be a disposition before the January 8, 2008 conference date. The parties jointly request that the conference scheduled for January 8, 2008, be adjourned. Your Honor's law clerk has provided the parties with a proposed date, January 31, 2008, at 10:00 a.m.

    If the Court grants this request, then the Government respectfully requests that the Court exclude time from January 8, 2008, until January 31, 2008, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the defendant time to review discovery, and have any appropriate discussions regarding a possible

Hon. George B. Daniels
January 7, 2008
Page 2

disposition of this case. Counsel for defendant consents to this request for the exclusion of time.

                                Respectfully submitted,

                                MICHAEL J. GARCIA
                                United States Attorney

                      By: _____
                                Todd Blanche
                                Assistant U.S. Attorney
                                (212) 637-2494
                                (212) 637-2390 (facsimile)

cc:   Robert A Soloway
      Rothman, Schneider, Soloway & Stern, LLP
      100 Lafayette Street, Suite 501
      New York, NY 10013
      (212) 571-5500
      Fax: (212) 571-5507
      (by facsimile)