## ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN

Tel: (212) 571-5500
Fax: (212) 571-5507

January 30, 2008

**SO ORDERED**

Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

The conference is adjourned to
February 19, 2008 at 10:15 a.m.

JAN 3 1 2008

*/s/ George B. Daniels*
JUDGE GEORGE B. DANIELS

Re:   USA v. Manuel Terrero-Perez
      07 Cr. 640 (GBD)

Dear Judge Daniels:

I am writing to request an adjournment of the status conference in the above captioned matter -- currently scheduled for January 31, 2008 -- to February 18, 2008, or a date thereafter convenient to the Court and the government. The reason for this request is that I am scheduled to begin trial tomorrow in a civil matter in the New York County Court of Claims. I have also contacted AUSA Todd Blanche regarding this request and he consents to the adjournment.

Thank you very much for your attention.

Sincerely,

*/s/ Robert A. Soloway*
Robert A. Soloway

cc: AUSA Todd Blanche

RAS:et