U.S. Department of Justice



United States Attorney
Southern District of New York

---

*The Silvio J Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 19, 2008

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: FEB 20 2008

*Via Facsimile*

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street, Room 630
New York, New York 10007

    Re:   United States v. Manuel Terrero-Perez,
           S1 07 Cr. 640 (GBD)

Dear Judge Daniels:

      To allow the parties to discuss a possible disposition in the above-referenced matter, the Government respectfully requests that Your Honor schedule the next pre-trial conference for March 13, 2008 at 9:30 a.m., and that speedy trial time be excluded until that date. I have spoken to Robert A. Soloway, Esq., counsel for the defendant, and he consents to this schedule and exclusion of time.

      Respectfully submitted,

      MICHAEL J. GARCIA
      United States Attorney

By: _____
    Todd Blanche
    Assistant United States Attorney
    (212) 637-2494

cc:   Robert A. Soloway, Esq. (via facsimile)

SO ORDERED:   FEB 20 2008

_____
HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE
JUDGE GEORGE B. DANIELS