

*SDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: MAR 1 4 2008*

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 12, 2008

**SO ORDERED**
The conference is rescheduled
to May 8, 2008 at 9:30 a.m.

*[signature]*
MAR 1 4 2008
HON. GEORGE B. DANIELS

<u>BY FACSIMILE</u>

The Honorable George B. Daniels
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 630
New York, New York 10007

    Re: <u>United States v. Manuel Terrero-Perez</u>
         07 Cr. 640 (GBD)

Dear Judge Daniels:

    A pre-trial conference in this case is scheduled for Thursday, March 13, 2008, 9:30 a.m. The parties are involved in discussions about a possible disposition, but there will not be a disposition before the March 13, 2008 conference date. The parties jointly request that the conference scheduled for March 13, 2008, be adjourned. Your Honor's law clerk has provided the parties with a proposed date, April 8, 2008, at 10:00 a.m.

    The Government respectfully requests that the Court exclude time from March 13, 2008 until April 8, 2008, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the defendant time to review discovery, and have any appropriate discussions regarding

Hon. George B. Daniels
March 12, 2008
Page 2

a possible disposition of this case. Counsel for defendant consents to this request for the exclusion of time.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Todd Blanche
Assistant U.S. Attorney
(212) 637-2494
(212) 637-2390 (facsimile)

cc: Robert A Soloway
Rothman, Schneider, Soloway & Stern, LLP
100 Lafayette Street, Suite 501
New York, NY 10013
(212) 571-5500
Fax: (212) 571-5507
(by facsimile)